

Jarrett S. Charo– Of Counsel
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Jcharo@mizrahikroub.com
www.mizrahikroub.com

April 12, 2022

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Contreras v. Winc, Inc.*; Case No. 1:21-cv-09207 (RA)

Dear Judge Abrams:

      We represent plaintiff Yensy Contreras ("Plaintiff") in the above-referenced action. We submit this letter requesting an adjournment of the initial conference set for April 22, 2022, at 12:00 p.m. Counsel for Plaintiff's office will be closed that day in observance of Passover and will not be able to participate in the conference that day. This is Plaintiff's first request to adjourn and Defendant consents to this request.

      Thank you for your consideration in this matter.

                            Respectfully submitted,
                            */s/ Jarrett S. Charo*
                            JARRETT S. CHARO

cc:    All Counsel of Record (via ECF)

The initial conference is rescheduled to April 25, 2022 at 10:00 a.m.  The dial-in information remains the same.  The deadline for the parties to submit their joint letter and case management plan remains April 15, 2022.

SO ORDERED.

_____
Hon. Ronnie Abrams
April 13, 2022