UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
YENSY CONTRERAS, Individually, and On :
Behalf of All Others Similarly Situated, :
: Case No. 1:21-cv-09207-RA
Plaintiff, :
:
vs. : **STIPULATION OF DISMISSAL**
:
WINC, INC., :
:
Defendant. :
:
:
:
:
---------------------------------------------------------------x

      **IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED:  June 22, 2022          **MIZRAHI KROUB LLP**

                                              EDWARD Y. KROUB
                                              JARRETT S. CHARO
                                              WILLIAM J. DOWNES
                                              200 Vesey Street, 24th Floor
                                              New York, NY  10281
                                              Telephone:  212/595-6200
                                              212/595-9700 (fax)
                                              jmizrahi@mizrahikroub.com
                                              jcharo@mizrahikroub.com
                                              wdownes@mizrahikroub.com

                                              *Attorneys for Plaintiff*

DATED: June 22, 2022	SHEPPARD, MULLIN, RICHTER & HAMPTON

_____
Sean Joseph Kirby
30 Rockefeller Plaza
New York, NY 10112
(212)-653-8700
Fax: (212)-653-8701
Email: skirby@sheppardmullin.com

*Attorney for Defendant*

2